UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HAROLD D. JOHNSON,

Plaintiff,

v.

VIRACON,

Defendant.

Civil No. 00-1786 (ADM/SRN)

**ORDER**

THIS MATTER is before the undersigned United States Magistrate Judge on Plaintiff's pro se "Application To Proceed Without Prepayment of Fees" (Docket No. 2), by which he is seeking permission to proceed in forma pauperis ("IFP"), as permitted by 28 U.S.C. § 1915(a)(1). IFP status will not be granted, however, unless the Plaintiff has filed a complaint that states a cause of action on which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). In this case, Plaintiff has filed no complaint whatsoever. Aside from his IFP application, he has submitted only a copy of his EEOC charge of discrimination form and a copy of his "right to sue" letter. Although the Clerk of Court has informed Plaintiff of the need to file a formal complaint, (Docket No. 3), he has failed to do so.

Because Plaintiff has not yet filed a complaint that states a cause of action on which relief can be granted, he is not entitled to IFP status at this time. However, Plaintiff will be given one final opportunity to file a complaint. If he chooses to do so, he should follow the pleading requirements prescribed at Fed. R. Civ. P. 8-11. This means, inter alia, that (a) he will have to set forth the facts on which his claims are based, concisely, and in numbered paragraphs, and (b) he should clearly indicate the nature of the relief he is seeking. See Fed. R. Civ. P. 8(a),(e) and 10(b).

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

If Plaintiff does not file a complaint in this matter by September 18, 2000, it will be recommended that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. If Plaintiff does file a complaint in a timely manner, the Court will then reconsider whether he should be granted IFP status in this matter.

ORDER

Based upon the foregoing and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) is DENIED at this time; and

2. Plaintiff shall file a complaint, consistent with the requirements of Fed. R. Civ. P. 8-11, by no later than September 18, 2000, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: August 18, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge